## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR197 |
| vs. | ) | ORDER |
| KIMBERLY HUPP, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Kimberly Hupp (Hupp) to be permitted to appear for jury trial in civilian clothes and without restraints (Filing No. 44). The motion is granted. Should Hupp remain in custody pending her trial, Hupp's counsel shall provide the U.S. Marshal with suitable civilian clothing for Hupp to wear at her trial and the U.S. Marshal shall present Hupp in court without restraints absent further instructions from the trial judge.

**IT IS SO ORDERED.**

DATED this 11th day of September, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge